**Boyce A. GATEWOOD**

**v.**

**STATE.**

**No. 27528.**

Court of Criminal Appeals of Texas.

April 6, 1955.

No attorney on appeal, for appellant.

Leon Douglas, State's Atty., Austin, for the State.

PER CURIAM.

Driving while intoxicated is the offense; the punishment, 3 days in jail and a fine of $100.

Accompanying the record is the affidavit of appellant requesting the dismissal of the appeal. The request is granted. The appeal is dismissed.